Opinion by WILSON, J.    In accordance with stipulation of counsel that the items involved are pine or cedar cones, painted or chemically treated natural plants, similar in all material respects to those the subject of Abstract 59051, the claim of the plaintiff was sustained.

**No. 60224.**—Colonial Bead Co., Inc., et al. *v.* United States, protests 266533–K, etc. (New York).

Opinion by WILSON, J.    In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.

**No. 60225.**—H. & S. Originals et al. *v.* United States, protests 279379–K, etc. (New York).

Opinion by WILSON, J.    In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.

**No. 60226.**—Accessocraft Products Co. et al. *v.* United States, protests 281641–K, etc. (New York).